IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER E. YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:13-CV-553-NJR-DGW |
| | ) |
| JASON BRADLEY, BART LIND, SEAN FURLOW, MICHAEL CLARK, and VIPIN K. SHAH, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that by the Order dated January 28, 2016 (Doc. 142), Defendants Bradley, Lind, Furlow, Clark, and Shah were **DISMISSED with prejudice.** This action is **DISMISSED in its entirety.**

DATED: January 28, 2016

JUSTINE FLANAGAN, Acting Clerk

By: s/Deana Brinkley
Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**United States District Judge**